FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: 6/10/2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD A. HORN, | Case No. 1:94-CV-1756 RCL |
| Plaintiff, | |
| | **UNDER SEAL** |
| FRANKLIN HUDDLE, JR., *et al.*, | |
| Defendants. | |

**PLAINTIFF'S REQUEST TO EXCEED THE PAGE LIMITATION
ON PLAINTIFF'S SIMULTANEOUSLY FILED NOTICE OF MOTION
AND MOTION FOR AN ORDER TO SHOW CAUSE WHY CIA
AGENCY PERSONNEL SHOULD NOT BE SANCTIONED AND
PLAINTIFF'S APPLICATION FOR MOTION OF ATTORNEY FEES
PURSUANT TO EQUAL ACCESS TO JUSTICE ACT**