UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD A. HORN, | ) |
| Plaintiff, | ) C.A. 94-1756 |
| v. | ) C.A. 96-2120 (RCL) |
| MADELEINE ALBRIGHT, *et al.*, | ) FILED UNDER SEAL |
| Defendants. | ) |

## UNITED STATES' CONSENT MOTION TO INTERVENE
## AND MEMORANDUM IN SUPPORT THEREOF

The United States, by undersigned counsel, pursuant to Fed. R. Civ. P. 24, and with plaintiff's consent, hereby respectfully moves to intervene in this action in order to assert the state secrets privilege for purposes of seeking dismissal of the action. The state secrets privilege "belongs to the government and must be asserted by it; it can neither be claimed nor waived by a private party." United States v. Reynolds, 345 U.S. 1, 7 (1953). In lieu of filing an answer to the complaint, the United States is filing simultaneously herewith a motion to dismiss the action. A

proposed Order that would grant the relief sought is attached hereto.

Respectfully submitted,

*/s/ Wilma A. Lewis*
WILMA A. LEWIS, D.C. Bar # 358637
United States Attorney

*/s/ Mark E. Nagle*
MARK E. NAGLE, D.C. Bar # 416364
Assistant United States Attorney

*/s/*
LISA S. GOLDFLUSS, D.C. Bar # 417787
MADELYN E. JOHNSON, D.C. Bar # 292318
Assistant United States Attorneys
555 Fourth Street, N.W., 10th Fl.
Washington, D.C. 20001
Tel.: 202-514-7198
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2000, the United States' Consent Motion to Intervene and Memorandum in Support Thereof was served upon plaintiff's counsel by placing the same in the custody of the Court Security Officer for service upon plaintiff's counsel,

BRIAN C. LEIGHTON
701 Pollasky
Clovis, CA 93612

LISA GOLDFLUSS
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001
(202) 514-7198

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD A. HORN,  Plaintiff, v. MADELEINE ALBRIGHT, *et al.*, Defendants. | C.A. 94-1756 C.A. 96-2120 (RCL) FILED UNDER SEAL |

## ORDER

UPON CONSIDERATION of the United States' Consent Motion to Intervene,

it is

HEREBY ORDERED that the motion is granted.

Date_____

_____
United States District Judge

BRIAN C. LEIGHTON
701 Pollasky
Clovis, CA 93612

LISA GOLDFLUSS
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001