IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard A. Horn, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:94-CV-1756 (RCL) |
| ) | |
| Franklin Huddle, Jr., ) | UNDER SEAL |
| ) | |
| Defendant. ) | |

## NOTICE

Counsel for the United States recently learned that in 2002, Defendant II's "cover" was "lifted" and "rolled back" to his entrance on duty date with the Central Intelligence Agency. Counsel for the Government is in the process of gathering information about the circumstances giving rise to this development and will advise the Court as soon as possible. Counsel for the plaintiff, Brian Leighton, Esq., has been made aware of this. Plaintiff's Counsel and the Government agree that the impact of this development can be addressed in further proceedings before the Court in this matter.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

VINCENT M. GARVEY
Deputy Branch Director

*[signature]*
PAUL G. FREEBORNE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 6108
Washington, D.C. 20530
Tel: (202) 353-0543
Fax: (202) 616-8460
email: paul.freeborne@usdoj.gov

Dated: January 31, 2008

*Attorneys for the United States*.

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, I caused the foregoing to be served by first-class mail, postage pre-paid, upon the following:

Brian C. Leighton, Esq.
701 Pollasky Avenue
Clovis, CA 93612

James A. Moody, Esq.
1101 30th Street, N.W.
Suite 300
Washington, D.C. 20007

Donald Remy, Esq.
David Maria, Esq.
Latham & Watkins LLP
555 L. St., N.W.
Suite 1000
Washington, D.C. 20004

*[signature]*
Paul G. Freeborne