IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Richard A. Horn, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:94-CV-1756 (RCL)<br>) |
| Franklin Huddle, Jr.<br>and Arthur Brown, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| v. | )<br>) |
| United States of America | )<br>) |
| Intervenor | )<br>) |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1)(B), notice is given that the Intervenor United States hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of the Court entered on August 26, 2009 in the above-captioned action, *Horn v. Huddle, et al.*, 94-cv-1756 (RCL). *See* Docket Entry 479.

Dated: September 2, 2009

Respectfully submitted,

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

VINCENT M. GARVEY
Deputy Branch Director

  */s/ Alexander K. Haas*
PAUL G. FREEBORNE
ALEXANDER K. HAAS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch

20 Massachusetts Avenue, N.W., Rm. 6108  
Washington, D.C. 20530  
Tel: (202) 353-0543—Fax: (202) 616-8460  
*paul.freeborne@usdoj.gov*  
*Attorneys for the United States*