IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Richard A. Horn, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:94-CV-1756 (RCL) |
| | ) | |
| Franklin Huddle, Jr. | ) | |
| and Arthur Brown, | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIES' JOINT MOTION TO STAY PROCEEDINGS

Plaintiff, Richard Horn, defendants, Franklin Huddle, Jr. and Arthur Brown, and the United States respectfully move the Court to stay further proceedings. With the assistance of a mediator, through the appellate mediation program, the parties have reached an agreement in principle to settle the underlying litigation. We anticipate that the final negotiations on a settlement agreement, along with the implementation of that agreement, will be completed within 30 days. Accordingly, we respectfully request that this Court hold proceedings in abeyance for 30 days, until October 30, 2009. By that date, or sooner, the parties will notify the Court concerning the status of settlement negotiations. As noted, counsel for the parties consent to this motion, and the mediator concurs.

Counsel for the non-parties have also been consulted concerning the parties' joint motion. Counsel for George J. Tenet, Shirley Woodward, Esq., stated that Mr. Tenet opposes the parties' joint motion. All of the other non-parties consent to the granting of the parties' joint motion.

Date: September 30, 2009               Respectfully submitted,

                                                  IAN GERSHENGORN
Deputy Assistant Attorney General

VINCENT M. GARVEY
Deputy Branch Director

 /s/ Paul G. Freeborne
PAUL G. FREEBORNE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 6108
Washington, D.C. 20530
Tel: (202) 353-0543
Fax: (202) 616-8460
email:  paul.freeborne@usdoj.gov
*Attorneys for the United States*

 /s/
Brian C. Leighton
Law Offices of Brain C. Leighton
701 Pollasky Avenue
Clovis, CA  93612
Tel. (559) 297-6190
Fax: (559) 297-6194
email:  bleighton@arrival.net
*Counsel for Plaintiff*

 /s/
Donald M. Remy
Latham & Watkins LLP
555 11th Street, NW
Suite 1000
Washington, DC  20004
Tel: (202) 637-1059
Fax: (202) 637-2207
email:  donald.remy@lw.com
*Counsel for Defendant Huddle*

/s/
Robert A. Salerno
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Tel: (202) 887-1500
Fax: (202) 887-0763
email:  rsalerno@mofo.com
*Counsel for Defendant Brown*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 30th day of September, 2009 the foregoing were served upon the counsel of record listed below by electronic mail:

Brian C. Leighton, Esq.
Law Offices of Brain C. Leighton
701 Pollasky Avenue
Clovis, CA  93612
bleighton@arrival.net

Roger M. Adelman, Esq.
Law Office of Roger M. Adelman
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC  20036
radelman@erols.com

David Maria
Latham & Watkins LLP
555 11th Street, NW
Suite 1000
Washington, DC  20004
donald.remy@lw.com

Charles S. Leeper
Drinker Biddle & Reath LLP
1500 K Street, NW
Suite 1100
Washington, DC  20005
charles.leeper@dbr.com

Jimmy R. Rock
Troutman Sanders LLP
401 Ninth Street, NW, Suite 1000
Washington, DC  20004-2134
jimmy.rock@trautmansanders.com

E. Lawrence Barcella, Jr., Esq.
Paul Hastings
875 15th Street, NW – 12th Floor
Washington, DC  20005
larrybarcella@paulhastings.com

Howard M. Shapiro, Esq.
Shirley Woodward
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
howard.shapiro@wilmerhale.com
shirley.woodward@wilmerhale.com

Robert A. Salerno
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006
rsalerno@mofo.com

 /s/ Paul G. Freeborne