## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RICHARD A. HORN, | § | |
| Plaintiff, | § | |
| | § | |
| | § | Civil Action 94-1756-RCL |
| v. | § | |
| | § | |
| FRANKLIN HUDDLE, JR., *et al.*, | § | |
| Defendants. | § | |
| | § | |

## ORDER

For the reasons set forth in the accompanying Memorandum, it is hereby ORDERED as follows:

1. The motion [512] of Al-Haramain Islamic Foundation, Inc., Wendell Belew, and Asim Ghafoor, for leave to file a brief as *amici curiae* is GRANTED.

2. The Stipulation of Dismissal [510] pursuant to Rule 41(a)(1(A)(ii) is approved, and this case is hereby DISMISSED WITH PREJUDICE in accordance with the terms of the Settlement Agreement. The Court retains jurisdiction over the outstanding pending motions as described in the settlement agreement.

3. The plaintiff's motion [506] to withdraw plaintiff's motion [211] for an order to show cause why CIA personnel should not be sanctioned is GRANTED, and the motion [507] to withdraw plaintiff's motion [212] for attorney's fees pursuant to the Equal Access of Justice Act is GRANTED.

4. The Motion [508] of the United States to vacate the July 16, 2009 and August 26, 2009 opinions and orders (Docket Entries 450, 451, 478, and 479) is GRANTED, and those opinions and orders are hereby VACATED.

5. The Motion [509] of the United States to Vacate the Court's January 15, 2009 and February 6, 2009 opinions and orders is HELD IN ABEYANCE pending the Court's receipt of the position of the United States as to whether it will make the notifications in this case as set forth in the Attorney General's Memorandum of September 23, 2009.

6. The Motion [505] of Jeffery W. Yeates to vacate the Court's January 15, 2009 and February 6, 2009 opinions and orders, is HELD IN ABEYANCE.

The following procedural motions are hereby GRANTED, *nunc pro tunc*:

1. Motion [184] to exceed page limitation.

2. Motion [210] to exceed page limitation.

3. Motion [461] to exceed time for response.

The following procedural motions are DENIED as moot:

1. Motion [496] to depose former State Department IG Investigator.

2. Renewed Motion [183] for sanctions.

3. Motion [201] for protective order.

**IT IS SO ORDERED** this _30th_ day of March 2010.

ROYCE C. LAMBERTH
Chief Judge
United States District Court