# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 09-5311** | **September Term 2009** |
| | 1:94-cv-01756-RCL |
| | Filed On: April 26, 2010 [1241679] |

Richard A. Horn,

    Appellee

United States of America,

    Appellant

    v.

Arthur Brown and Franklin Pancho Huddle, Jr.,

    Appellees

## ORDER

Upon consideration of appellant's motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                      BY:    /s/
                                Mark A. Butler
                                Deputy Clerk