# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 09-5311**  **September Term 2009**

1:94-cv-01756-RCL

**Filed On: April 26, 2010** [1241679]

Richard A. Horn,

    Appellee

United States of America,

    Appellant

    v.

Arthur Brown and Franklin Pancho Huddle, Jr.,

    Appellees

### ORDER

Upon consideration of appellant's motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  _____
Mark A. Butler
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk