IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Richard A. Horn,<br><br>                    Plaintiff,<br><br>         v.<br><br>Franklin Huddle, Jr.<br>and Arthur Brown,<br><br>                    Defendants. | No. 1:94-CV-1756 (RCL) |

**UNITED STATES' STATEMENT REGARDING REFERRAL TO
THE INSPECTORS GENERAL AND NOTIFICATIONS TO OVERSIGHT
COMMITTEE OF ALLEGATIONS REFERENCED IN
COURT'S MARCH 30, 2010 OPINION AND ORDER**

Pursuant to the Court's March 30, 2010 Memorandum Opinion and Order, *see* Docs. 521 & 522, the Offices of the Inspector General in the Central Intelligence Agency and Department of State referred the allegations set forth in the Court's Opinion and Order to the Integrity Committee of the Council of the Inspectors General on Integrity and Efficiency and informed their respective congressional oversight committees of the allegations. The government respectfully requests that the Court now grant the government's motion to vacate the Court's January 15, 2009 and February 6, 2009 opinions and orders.

Dated: July 20, 2010                                      Respectfully submitted,

IAN HEATH GERSHENGORN
Deputy Assistant Attorney General

VINCENT M. GARVEY
Deputy Branch Director

/s/ Paul G. Freeborne
PAUL G. FREEBORNE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Room 6108
Washington, D.C. 20530
Tel: (202) 353-0543
Fax: (202) 616-8460
email:  paul.freeborne@usdoj.gov

*Attorneys for the United States*