UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD A. HORN,<br>　　Plaintiff,<br><br>v.<br><br>FRANKLIN HUDDLE, JR., *et al.*,<br>　　Defendants. | Civ. Action No. 94-1756 (RCL) |

## ORDER

Upon consideration of Non-Party Jeffrey W. Yeates' Motion [525] and Non-Party John A. Rizzo's Motion [526] for Reconsideration of the Court's March 30, 2010 Memorandum and the lack of Opposition thereto, it is this 21st day of September, 2010,

**ORDERED** that the Motions for Reconsideration of the Court's March 30, 2010, Memorandum are hereby **GRANTED**; and it is

**FURTHER ORDERED** that the following sentence is hereby removed from page 5 of the Court's March 30, 2010 Memorandum [Dkt. No. 521]: "Here, the allegations of wrongdoing by the government attorneys in this case are not only credible, they are admitted."

Upon consideration of the United States' Statement [529] Regarding Referral to the Inspectors General and Identification to the Oversight Committee of Allegations Referenced in the Court's March 30, 2010, Opinion and Order; and

IT APPEARING that at the request of the Committee on Foreign Affairs of the United States House of Representatives, the Court has provided a complete set of all materials filed in this case to the House Committee;

NOW THEREFORE the Court's opinions and orders of January 15, 2009 [165, 166] and February 6, 2009 [174], are hereby **VACATED**; and it is

**FURTHER ORDERED** that the action of this Court's Grievance Committee regarding these matters is hereby **TERMINATED**.

It is so ordered.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court